IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SYMON MANDAWALA, | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-01415-JKP |
| vs. | § § § | |
| BAPTIST SCHOOL OF HEALTH PROFESSIONS, ALL COUNTS; NORTHEAST BAPTIST HOSPITAL, COUNT 1, 2, AND 11; BLAIN HOLBROOK, COUNT 4, 5, 6 AND 11; NORTH CENTRAL BAPTIST HOSPITAL, ST. LUKES HOSPITAL, BAPTIST MEDICAL CENTER, RESOLUTE HOSPITAL, MISSION TRAILS BAPTIST HOSPITAL, TENET, NICK ELGIE, | § § § § § § § § § § | |
| *Defendants.* | | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Motion for Reconsideration and Strike Defendants' Discovery Report/Case Management [#32]. By his motion, Plaintiff (who is proceeding *pro se*) asks the Court to reconsider its order staying discovery and other matters in this case until Defendant's motion to dismiss has been decided [#31]. The Court will deny the motion. Discovery in this case has been stayed for the reasons explained in the Court's previous order.

Additionally, Plaintiff asks the Court to strike Defendant's Rule 26 report. The Court declines to do so. There is no reason to strike the report, as it is simply a report of Defendant's answers to questions posed by the Court and not a motion seeking any relief. The report merely helps apprise the Court of the factual background and causes of action raised in this suit. Both parties were ordered to respond to the Court's questions.

1

Finally, Plaintiff asks the Court to ensure that he is served with all court documents at his P.O. Box. Plaintiff's P.O. Box is the address on record with the Clerk. The Clerk is therefore sending all filings to Plaintiff at this address. Defendant is instructed to use this address as well for all documents that are served on Plaintiff but not filed with the Court.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration and Strike Defendants' Discovery Report/Case Management [#32] is **DENIED**.

SIGNED this 18th day of August, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE